**IN THE CIRCUIT COURT OF THE SECOND JUDICIAL DISTRICT OF**
**HARRISON COUNTY, MISSISSIPPI**

**CRAIG AND CAROL BALIUS**                                    **PLAINTIFFS**

**VS.**                                                      **CAUSE NO. A2402-07-61**

**STATE FARM FIRE VP MANAGEMENT CORP.;**
**STATE FARM FIRE AND CASUALTY COMPANY;**
**STATE FARM GENERAL INSURANCE COMPANY;**
**ANY STATE FARM INSURANCE COMPANY AFFILIATE;**
**AND JOHN DOES A-Z**                                         **DEFENDANTS**

<u>**CERTIFICATE OF CIRCUIT COURT CLERK**</u>

I hereby certify that the attached documents consisting of _26_ pages represent any

and all pleadings and papers filed in the office of the Circuit Court Clerk for Harrison

County, Mississippi, in the above-referenced matter as of the date of this Certificate.

DATED, this the _4th_ day of _June_ , 2007.

Circuit Court Clerk for Harrison County,
Mississippi

BY: _Lisa Boudreaux_

(SEAL OF COURT)

375105.WPD

**EXHIBIT**

tabbies **"A"**

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

**CRAIG AND CAROL BALIUS**                                    **PLAINTIFFS**

**VS.**

**STATE FARM VP MANAGEMENT CORP.;**
**STATE FARM FIRE AND CASUALTY**
**COMPANY; STATE FARM GENERAL**
**INSURANCE COMPANY;**
**ANY STATE FARM INSURANCE**
**COMPANY AFFILIATE; and JOHN**
**DOES A-Z**                                                 **DEFENDANTS**



CAUSE NO. A2402-07-01

FILED
APR 02 2007
GAYLE PARKER
CIRCUIT CLERK
By: Lisa Boudreau D.C.

---

### COMPLAINT
### (JURY TRIAL REQUESTED)

---

COME NOW THE PLAINTIFFS, Craig and Carol Balius (hereinafter "the Plaintiffs"),

by and through undersigned counsel, and files their Complaint against Defendants, State

Farm VP Management Corp.; State Farm Fire and Casualty Company; State Farm General

Insurance Company; Any State Farm Insurance Company Affiliate; and John Does A-Z,

and in support thereof show the following:

### INTRODUCTION

1.    This cause of action is brought against the Defendants, State Farm VP

Management Corp.; State Farm Fire and Casualty Company; State Farm General

Insurance Company; and Any State Farm Insurance Company Affiliate (hereinafter "State

Farm"), for bad faith breach of contract.  State Farm sold a homeowner's policy to the

Plaintiffs, Craig and Carol Balius.    Mr. and Mrs. Balius lost their home at 661 Mulberry

Drive, Biloxi, MS, when it was totally destroyed on August 29, 2005, by Hurricane Katrina.

2.    Hurricane Katrina inflicted unprecedented damage all along the Mississippi Gulf Coast with catastrophic wind and hurricane conditions.

3.    The Plaintiffs filed a timely claim with State Farm.    In the course of its investigation, State Farm determined that this claim should be paid under the Plaintiffs' flood policy which had $124,900 for the building and $32,900 for contents.    State Farm paid those policy limits.

4.    Damage to the second and third floors of the Plaintiffs' home were due to wind and should have been covered under the Plaintiffs' homeowners policy.

5.    Plaintiffs have a homeowners policy  with dwelling coverage of $158,206, extension coverage of $15,821, and contents coverage of $118,654.    State Farm has refused, without an arguable legitimate reason to tender these policy limits.

6. Defendants' conduct evidences bad faith, a breach of the duties of good faith and fair dealing,  and are indicative of  the epitome of bad faith thereby subjecting State Farm and the other Defendants to punitive damages in an amount sufficient to deter them and others similarly situated from engaging in such corrupt conduct.

**PARTIES**

7.  The Plaintiffs, Craig and Carol Balius ("the Plaintiffs"), are adult residents of Harrison County, Mississippi, Second Judicial District, whose principal residence, until it was completely destroyed by Hurricane Katrina on August 29, 2005, was located at 661 Mulberry Drive, Biloxi, Harrison County, Mississippi. The Plaintiffs' residence was insured on August 29, 2005, by a homeowner's policy  issued by State Farm or its affiliated companies.

8.  The Defendant, State Farm VP Management Corp., is a foreign  company doing

2

insurance business in the State of Mississippi with its principal corporate headquarters located in a state other than Mississippi. At all times relevant to this Complaint, State Farm was authorized to issue homeowner's insurance policies within the State of Mississippi. State Farm VP Management Corp. may be served with process in this action upon its registered agent for service, Corporation Service Company, 506 S. President Street, Jackson, MS 39201.

9.    The Defendant, State Farm Fire and Casualty Company., is a foreign company doing insurance business in the State of Mississippi with its principal corporate headquarters located in a state other than Mississippi.  At all times relevant to this Complaint, State Farm was authorized to issue homeowner's insurance policies within the State of Mississippi.  State Farm Fire and Casualty Company may be served with process in this action upon George Dale, Commissioner of Insurance for the State of Mississippi, 501 North West Street, 10th Floor, Suite 1001, Jackson Mississippi 39201.

10.    The Defendant, State Farm General Insurance Company., is a foreign company doing insurance business in the State of Mississippi with its principal corporate headquarters located in a state other than Mississippi.  At all times relevant to this Complaint, State Farm was authorized to issue homeowner's insurance policies within the State of Mississippi.  State Farm General Insurance Company may be served with process in this action upon George Dale, Commissioner of Insurance for the State of Mississippi, 501 North West Street, 10th Floor, Suite 1001, Jackson Mississippi 39201.

11.    Defendants, John A-Z, are agents, employees, and/or representatives of Defendants involved in selling the policy of insurance at issue, adjusting Plaintiffs' claim, or conspired to deny Plaintiffs' claim and/or were responsible for any and all of the

3

decisions made with regard to the fraudulent handling of Plaintiffs' claim.  Each of these

Defendants' conduct subjects them to individual liability under the laws of the State of

Mississippi; and/or are "alter egos" of the Defendants, and/or are corporations, individuals,

insurance companies, or other entities that conspired with one or more of the presently

identified Defendants to fraudulently induce the sale of the subject policy of insurance

and/or to fraudulently and wrongfully deceive the Plaintiff and interfere with his ability to

contract with a licensed insurance company of his choice, and may include State Farm

Annuity and Life Insurance Company; State Farm Life Insurance Company; State Farm

Mutual Automobile Insurance Company;  and/or one or more of the members of the

Nationwide family.  During or after discovery, Plaintiffs will amend their Complaint to

properly identify John Doe Defendants A-Z once their true identities are learned in the

discovery process.

13. Those John Doe A-Z Defendants also include other individuals, corporations,

and/or entities whose identity is presently unknown but who will be identified once their true

identities are learned.  These unknown Defendants participated in wrongfully denying

Plaintiffs the benefits to which they are entitled to or to perform sham investigation and/or

conspired to deny this claim.

### SUBJECT MATTER PERSONAL JURISDICTION

13. This Court has jurisdiction over the matter and the Defendants,

### VENUE

14. Venue in this cause is proper in this Court because all the real and personal

property is located, exclusively, in Harrison County, Mississippi, Second Judicial District,

and the conduct, acts and/or omissions upon which this cause of action is based occurred

in Harrison County, Mississippi, Second Judicial District .

## FACTS

15. The Plaintiffs are life long resident of the Mississippi Gulf Coast.  The Plaintiffs purchased from State Farm a homeowner's policy which  named Plaintiffs as the insured. The subject policy insured the dwelling at 661 Mulberry Drive, and other structures and personal property thereof, in addition to living expenses.

16. The subject policy was underwritten, marketed, sold and issued to Plaintiffs by State Farm, acting by and through and/or in conjunction with its designated agent.

17. The Plaintiffs purchased the policy from State Farm for one of the express primary purposes of insuring any property damage as a proximate result of hurricanes striking the Mississippi Gulf Coast from the Gulf of Mexico, including any and all damage proximately, efficiently, and often caused by wind, rain and storm surge proximately caused by hurricanes.

18. In selling the subject policy to the Plaintiffs and subsequently accepting premiums under the policy, State Farm and its agent expressly represented to the Plaintiffs that they would have full and comprehensive coverage for any and all hurricane damage, including any and all damage, damage proximately, efficiently, and typically caused by hurricane wind and storm surge proximately caused by hurricanes.

19. On or about August 29, 2005, the Plaintiff's home, which is insured under the insurance policy mentioned above, sustained severe damage from Hurricane Katrina, such that it was totally destroyed.  The Plaintiff, thereafter, made proper and timely claims for benefits under the subject policy.

20. Despite Plaintiffs repeated efforts to have the Defendants adjust their losses

and pay their claims in accordance with the terms and conditions of the subject policy, and in a fair and equitable manner, the Defendants refused, and continue to refuse, to properly adjust and pay the Plaintiffs' claims, in bad faith violation of their contractual and implied duties and obligations to the Plaintiff.

### COUNT I

21.  Plaintiffs incorporate by reference the preceding paragraphs.

22.  Although Plaintiffs made a proper and timely demand for rightful benefits under the subject policy of insurance, State Farm wrongfully, negligently, grossly negligently, intentionally and/or willfully refused, and continues to refuse, to pay benefits due to the Plaintiffs under the terms of the subject policy and plan of insurance.

23.  At all material times, State Farm refused and continues to refuse, to pay benefits due the Plaintiffs under the terms of the subject policy of insurance.  Also, at all material times, State Farm either failed to provide competent, trained adjusters to adjust the Plaintiffs' claims; failed to adjust the Plaintiffs' claims in a fair, competent, timely and reasonable manner; and/or participated and/or conspired in a negligent, grossly negligent, intentional, malicious and/or willful refusal to adjust the Plaintiffs' claim in a fair and equitable manner and in accordance with the terms and conditions of State Farm's policy of insurance or in accordance with the clear pronouncements of Mississippi law.

24.  Defendants' conduct amount to bad faith and fraud.  Their conduct resulted in the wrongful and intentional denial of insurance benefits to the Plaintiffs under the subject policy of insurance, and State Farm breached its obligations under the subject insurance policy. Each of the Defendants breached the implied covenant of good faith

6

and fair dealing.   The Defendants' conduct is contrary to the terms and conditions of

the subject policy of insurance and established law.  State Farm, its agents,  adjusters

and engineers, and agents, Defendants herein, are liable to the Plaintiffs for the

following bad faith conduct:

     a.    Negligent, grossly negligent, intentional, malicious and/or reckless failure
to adequately and properly investigate the claims of the Plaintiffs in a
proper and timely fashion;

     b.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly
attempting to subjectively construe the terms and conditions of the subject
policy of insurance in a manner totally contrary to the plain terms and
conditions of the policy without making any determination with any degree
of certainty about the damages caused to the Plaintiffs' property by the
subject hurricane, and acting to protect their own financial interests at the
expense of the Plaintiffs;

     c.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly
delaying the investigation in a fashion calculated to place the Plaintiffs in
an unequal bargaining position;

     d.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly
attempting to use the Plaintiffs' financial dire straits to induce the Plaintiffs
to accept limited compensation in lieu of the proper benefits under the
subject policy of insurance;

     e.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly
failing to pay Plaintiffs benefits due at a time when Defendants knew the

Plaintiffs were entitled to benefits under the subject insurance policy;

f.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly failing to provide Plaintiffs any reasonable or justifiable basis for failing to honor the Plaintiff's claims for benefits in relation to the insurance policy, the facts and applicable law;

g.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly acting in contravention of established Mississippi law;

h.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly materially misrepresenting the contents, terms, conditions and benefits of the subject policy of insurance;

i.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly and/or intentionally failing to adequately, reasonably and fairly adjust the Plaintiffs' claims;

j.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly converting monies rightfully belonging to the Plaintiffs to their own use;

k.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly allowing its agents to write coverage and collect premiums when State Farm knew that the claim would be fraudulently processed and not honored;

l.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly failing to provide trained and competent adjusters or engineers to investigate Plaintiffs' claims;

m.    Negligently, grossly negligently, intentionally, maliciously and/or

8

recklessly sending adjuster(s) with inadequate training or experience to inspect the damages to Plaintiffs' home;

n.   Negligently, grossly negligently, intentionally, maliciously and/or recklessly devaluing the Plaintiffs' home or property and preventing re-sale for a reasonable value;

o.   Negligently, grossly negligently, intentionally, maliciously and/or recklessly failing to ensure that Plaintiffs' losses were adjusted in a consistent and non-arbitrary manner;

p.   Negligently, grossly negligently, intentionally, maliciously and/or recklessly failing to restore Plaintiffs' home to its pre-Hurricane condition by refusing to pay for the replacement of the damaged portions of the home and refusing to pay for all necessary repairs to Plaintiff's home in accordance with the terms of State Farm's contract of insurance, and by failing to provide all such other benefits to which Plaintiffs are entitled under said insurance policy;

q.   Negligently, grossly negligently, intentionally, maliciously and/or recklessly withholding payments from Plaintiffs when they knew or should have known that Plaintiffs' claim for the restoration of his home and the surrounding structures and all other foreseeable related losses were caused by the subject hurricane and were valid under the policy;

r.   Negligently, grossly negligently, intentionally, maliciously and/or recklessly denying coverage for the losses suffered by Plaintiffs;

s.   Negligently, grossly negligently, intentionally, maliciously and/or recklessly

9

refusing to honor the claims of the Plaintiffs without a legitimate or arguable reason;

t.    Negligently, grossly negligently, intentionally, maliciously and/or recklessly refusing to honor the claims of the Plaintiffs for reasons contrary to the express provisions of the policy;

u.    Negligently, grossly negligently, and/or willfully and maliciously compelling the Plaintiffs to engage legal counsel to initiate litigation to recover his contractual benefits;

v.    Negligently, grossly negligently, and/or willfully and maliciously delaying payment of the Plaintiffs' claims in a fashion calculated to cause the Plaintiffs substantial emotional distress and mental anguish;

w.    Negligently, grossly negligently, and/or willfully and maliciously failing to communicate with the Plaintiffs about the claims process and the reasons for refusing to pay Plaintiffs' claims;

x.    Acting in conscious, gross and reckless disregard for the rights of the Plaintiffs; and

y.    Other acts to be shown at the trial of this matter.

25. State Farm's tortious and bad faith breach of its contract with the Plaintiffs and breach of its duties of good faith and fair dealing have been attended by such gross negligence, reckless disregard for the rights of the Plaintiffs, and/or malicious, intentional and/or willful misconduct, as to constitute an independent tort, making the Defendants, and each of them, liable to the Plaintiffs for punitive damages, in an amount to be determined by a Jury, and in an amount sufficient to punish the

10

Defendants for their misconduct, and to deter these Defendants, and others similarly situated, from engaging in such acts in the future.

## COUNT II

26. Plaintiffs incorporate by reference all the preceding paragraphs.

27. Upon information and belief, Defendant fraudulently induced the Plaintiffs to purchase the subject policy of insurance and concealed from the Plaintiffs the true nature of the policy of insurance they were acquiring.  The actions of the Defendants, together with those of the as yet unidentified John and Jane Doe Defendants, make the Defendants liable to the Plaintiffs for fraudulent misrepresentation, fraudulent concealment, conspiracy to commit fraud, and interference with the right to contract.

28. Defendants' conduct, as set forth in preceding paragraphs, was attended by such gross negligence, reckless disregard for the rights of the Plaintiffs, and/or malicious, intentional and/or willful misconduct, so as to constitute an independent tort, making the Defendants liable to the Plaintiffs for punitive damages, in an amount to be determined by a Jury, but in an amount sufficient to punish the Defendants for their misconduct, and to deter these Defendants, and others similarly situated, from engaging in such acts in the future.

## COUNT III

29. Plaintiffs incorporate by reference the preceding paragraphs.

30. The Defendant accepted insurance premiums from the Plaintiffs. The monies paid by the Plaintiffs as premiums for the subject policy of insurance were meant to secure homeowners' insurance coverage in accordance with the terms and conditions

11

of the subject policy of insurance and the representations made by State Farm. Although State Farm knew this was the intention of the Plaintiffs in paying over premiums for the subject policy, State Farm converted the Plaintiffs' property, in the form of insurance premiums to their own use, and did not procure and/or provide coverage in the manner represented to the Plaintiffs

31.  Additionally, by virtue of claims made by Plaintiffs on the subject policy, State Farm became liable to the Plaintiffs to pay Plaintiffs a sum of money sufficient to repair and/or replace the damaged portions of the Plaintiffs' home and contents.  State Farm converted those sums of money to its own use, however, and prevented Plaintiffs from enjoying the use and value of said monies.

32.  By holding and using premium payments by the Plaintiffs while not procuring and/or providing the coverage represented to the Plaintiffs, and by holding the sums of money necessary to repair and/or replace the damaged portions of the Plaintiffs' home subsequent to the Plaintiffs' claims, the Defendants assumed unlawful dominion over the personal property (in the form of money) of the Plaintiffs, in defiance or exclusion of the Plaintiffs' rights, and withheld possession from the Plaintiffs under a claim of right or title inconsistent with that of Plaintiffs, and contrary to the Plaintiffs' rights, the terms and conditions of the subject policy of insurance, and applicable law.

33.  As a result of these acts, Defendant is liable to the Plaintiffs for the tort of conversion, and has damaged the Plaintiffs, in addition to the other damages set forth in this Complaint, in an amount equal to the fair market value of the personal property (money) belonging to the Plaintiffs and wrongfully converted by the Defendants.

## COUNT IV

34. Plaintiffs incorporate by reference the preceding paragraphs.

35. The actions of the Defendants, as set forth in the preceding paragraphs, were so outrageous and/or malicious as to shock the conscious of a reasonable person; proximately caused the Plaintiffs to suffer, and to continue to suffer, severe anxiety and emotional distress; and was conduct which the Defendants knew, or should have known, would cause the Plaintiffs to suffer severe emotional distress. By way of specific example, Defendants know, and have been put on actual notice numerous times by the Plaintiffs, that their refusal to properly and fairly adjust and pay the Plaintiffs' claims has resulted in Plaintiffs' detriment. Moreover, the Defendants know, and have been put on actual notice by the Plaintiffs, that the above described condition of the Plaintiffs' home, which exists solely as a result of the Defendants' willful, malicious and outrageous failure to adjust and pay the Plaintiffs' claim in accordance with the subject policy of insurance, has resulted in a substantial devaluation of the Plaintiffs' home, has put a great strain on the Plaintiffs' emotional well being, and put the Plaintiffs' home in a condition which prevents the Plaintiffs from putting it on the market for sale and/or obtaining a reasonable sales price.

36. As a result of their outrageous conduct, the Defendants, and each of them, are liable to the Plaintiffs for an amount of money sufficient to compensate Plaintiffs for their severe emotional distress, as well as punitive damages in amount sufficient to punish the Defendants for their misconduct and deter Defendants, and others similarly situated, from engaging in similar behavior in the future.

13

## DAMAGES

37. Plaintiffs incorporate by reference the preceding paragraphs.

38. The Defendants, and each of them, are liable to the Plaintiffs for their failure and refusal to honor their implied and/or contractual obligations to the Plaintiffs, their failure to conduct a meaningful investigation and to adjust and pay the Plaintiffs' claims in a fair and equitable manner and in accordance with the terms and conditions of the subject policy of insurance and in accordance with Mississippi law; their failure to provide a legitimate reason for refusing to honor the Plaintiffs' contractual benefits; their failure to explain the refusal to honor the Plaintiffs' claims; their failure to communicate with the Plaintiffs; their intentional infliction of emotional distress; and for the other torts and causes of action set forth in this Complaint.

39. As a direct and proximate result of the acts and omissions of the Defendants, and each of them, as set forth herein above, the Plaintiffs have suffered substantial actual, economic and compensatory damages including but not limited to benefits withheld; economic losses, such as attorney's fees, travel and other incidental expenses; costs and expenses incurred in trying to maintain the Plaintiffs' home and mitigate his damages; costs and expenses, including attorneys' fees, incurred as a result of having to proceed with this cause of action to enforce the subject contract of insurance; costs and expenses; severe emotional distress and mental anguish; anxiety; worry; stress; physical illness; fair market value of property belonging to the Plaintiffs wrongfully converted by the Defendants; loss of value to the Plaintiffs' home and loss of ability to place the home or property on the market and negotiate a reasonable sales price; living expenses; and other damages to be shown at the trial of this matter, for all

of which the Plaintiffs are entitled to be compensated by these Defendants, jointly and severally, in an amount to be determined by a Jury at the trial of this matter.

## **PUNITIVE DAMAGES**

40. Plaintiffs incorporate by reference the preceding paragraphs.

41. The conduct of the Defendants as set forth more fully in the preceding paragraphs, was malicious; intentional; grossly negligent; and/or was attended by circumstances of intentional concealment of material facts, malice, willful and wanton conduct, and/or was committed with reckless and callous disregard for the rights of the Plaintiffs, thereby entitling Plaintiffs to punitive damages, under Miss. Code Ann. § 11-1-65 (1972, as amended) and/or under the common law, in amount[s], to be determined by a Jury, which is/are sufficient to punish and set an example of Defendants, and each of them, and to deter Defendants, and each of them, and those similarly situated, from engaging in similar conduct in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against Defendants jointly and severally, for actual, compensatory and punitive damages, in an amount to be determined by a Jury in this cause, together with pre-judgment and post-judgment interest as provided by law, attorneys' fees and costs of this action, and any and all additional relief in favor of the Plaintiffs deemed appropriate by this Honorable Court.

RESPECTFULLY SUBMITTED, this the ___2___ day of ___April___,
2007.

CRAIG AND CAROL BALIUS,
PLAINTIFFS

By: _____
MARK D. LUMPKIN (MSB #8864)
JAMES R. REEVES, JR. (MSB #9519)
LUMPKIN & REEVES, PLLC
P. O. DRAWER 1388 (39533)
160 MAIN STREET
BILOXI, MS 39530
(228) 374-5151 (OFF)
(228) 374-6630 (FAX)

16

# LUMPKIN & REEVES, PLLC

MARK D. LUMPKIN*
JAMES R. REEVES, JR.†

160 MAIN STREET • P.O. BOX 1388
BILOXI, MISSISSIPPI 39533
TEL: 228.374.5151 • 1.877-377-5152
FAX: 228.374.6630
WEBSITE: WWW.LUMPKINREEVES.COM
Email: pap@lumpkinreeves.com

*ALSO LICENSED IN LOUISIANA
†ALSO LICENSED IN ALABAMA

April 2, 2007

FILED
APR 02 2007

Gayle Parker
Circuit Court Clerk
Harrison County Courthouse
Biloxi, MS 39530

### RE:  *CRAIG AND CAROL BALIUS VERSUS STATE FARM VP MANAGEMENT CORP., ET AL.*

Dear Sir:

Enclosed are the Civil Cover Sheet, original Complaint, and filing fee in the amount of $115.00.

Also enclosed is a copy of the complaint which I request you stamp "filed" and return to me in the enclosed self-addressed envelope, along with the signed summonses.

Sincerely,

James R. Reeves, Jr.

JRR:pp
Enclosures

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party
Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

| Court Identification | Case Year | Docket Number |
|---|---|---|
| Docket Number | 2 0 0 7 | 0 0 0 6 1 |
| 2 4 2 C I | | |
| County Judicial Court ID | | Local Docket ID |
| District (CH, CI, CO) | | |

0 4 0 2 0 7
Month  Date  Year

This area to be completed by clerk

Case Number if filed prior to 1/1/94

IN THE <u>CIRCUIT</u> COURT OF <u>HARRISON</u> COUNTY

Short Style of Case: <u>Craig and Carol Balius v. State Farm VP Management Corp., et al.</u>
Party Filing Initial Pleading: Type/Print Name <u>James R. Reeves, Jr.</u>    MS Bar No: <u>5199</u>
___ Check (✓) if Not an Attorney    Check (✓) if *Pro Hac Vice*  Signature
Compensatory Damages Sought: $ <u>bad faith</u>    Punitive Damages Sought: $ <u>yes</u>
***Is Child Support contemplated as an issue in this suit?*** ___ Yes  ✓ No   If "yes" is checked, please submit a completed Child Support
Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual  <u>Balius</u>              <u>Craig</u>                    (            )
              Last Name          First Name          Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

Address of Plaintiff <u>661 Mulberry Drive, Biloxi, MS 39530</u>
___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated
___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual  _____              (            )
              Last Name          First Name          Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV
___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business  <u>State Farm VP Management Corp.</u>
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated
___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: _____
ATTORNEY FOR THIS DEFENDANT: ___ Bar No.  or  Name: _____  Pro Hac Vice (✓) ___
(if known)

*In left hand column, check one (1) box that best describes
the nature of this suit. In right hand column check all
boxes which indicate secondary claims.*

**Business/Commercial**
- ☐☐ Accounting (Business)
- ☐☐ Bankruptcy
- ☐☐ Business Dissolution - Corporation
- ☐☐ Business Dissolution - Partnership
- ☐☐ Debt Collection
- ☐☐ Employment
- ☐☐ Examination of Debtor
- ☐☐ Execution
- ☐☐ Foreign Judgment
- ☐☐ Garnishment
- ☐☐ Pension
- ☐☐ Receivership
- ☐☐ Replevin
- ☐☐ Stockholder Suit
- ☐☐ Other _____

**Domestic Relations**
- ☐☐ Child Custody/Visitation
- ☐☐ Child Support
- ☐☐ Contempt
- ☐☐ Divorce: Fault
- ☐☐ Divorce: Irreconcilable Differences
- ☐☐ Domestic Abuse
- ☐☐ Emancipation
- ☐☐ Modification
- ☐☐ Paternity
- ☐☐ Property Division
- ☐☐ Separate Maintenance
- ☐☐ Termination of Parental Rights
- ☐☐ UIFSA (formerly URESA)
- ☐☐ Other _____

**Contract**
- ☑☐ Breach of Contract
- ☐☐ Installment Contract
- ☐☐ Insurance
- ☐☐ Product Liability under Contract
- ☐☐ Specific Performance
- ☐☐ Other _____

**Probate**
- ☐☐ Accounting (Probate)
- ☐☐ Birth Certificate Correction
- ☐☐ Commitment
- ☐☐ Conservatorship
- ☐☐ Guardianship
- ☐☐ Heirship
- ☐☐ Intestate Estate
- ☐☐ Minor's Settlement
- ☐☐ Muniment of Title
- ☐☐ Name Change
- ☐☐ Power of Attorney
- ☐☐ Testate Estate
- ☐☐ Will Contest
- ☐☐ Other _____

**Statutes/Rules**
- ☐☐ Bond Validation
- ☐☐ Civil Forfeiture
- ☐☐ Declaratory Judgment
- ☐☐ ERISA
- ☐☐ Eminent Domain
- ☐☐ Extraordinary Writ
- ☐☐ Federal Statutes
- ☐☐ Injunction or Restraining Order
- ☐☐ Municipal Annexation
- ☐☐ Racketeering (RICO)
- ☐☐ Railroad
- ☐☐ Seaman
- ☐☐ Other _____

**Appeals**
- ☐☐ Administrative Agency
- ☐☐ County Court
- ☐☐ Hardship Petition (Driver License)
- ☐☐ Justice Court
- ☐☐ MS Employmt Security Comm'n
- ☐☐ Municipal Court
- ☐☐ Oil & Gas Board
- ☐☐ Workers' Compensation
- ☐☐ Other _____

**Children and Minors - Non-Domestic**
- ☐☐ Adoption - Noncontested
- ☐☐ Consent to Abortion for Minor
- ☐☐ Removal of Minority
- ☐☐ Other _____

**Torts-Personal Injury**
- ☐☐ Bad Faith
- ☐☐ Fraud
- ☐☐ Loss of Consortium
- ☐☐ Malpractice - Legal
- ☐☐ Malpractice - Medical
- ☐☐ Negligence - General
- ☐☐ Negligence - Motor Vehicle
- ☐☐ Products Liability
- ☐☐ Wrongful Death
- ☐☐ Other _____

**Mass Tort**
- ☐☐ Asbestos
- ☐☐ Chemical Spill
- ☐☐ Dioxin
- ☐☐ Hand/Arm Vibration
- ☐☐ Hearing Loss
- ☐☐ Radioactive Materials
- ☐☐ Other _____

**Real Property**
- ☐☐ Adverse Possession
- ☐☐ Ejectment
- ☐☐ Eminent Domain
- ☐☐ Judicial Foreclosure
- ☐☐ Lien Assertion
- ☐☐ Partition
- ☐☐ Receiver Appointment
- ☐☐ Tax Sale: Confirmation/Cancellation
- ☐☐ Title, Boundary &/or Easement
- ☐☐ Other _____

**Civil Rights**
- ☐☐ Elections
- ☐☐ Habeas Corpus
- ☐☐ Post Conviction Relief
- ☐☐ Prisoner
- ☐☐ Other _____

IN THE <u>CIRCUIT</u>    COURT OF <u>HARRISON</u>    COUNTY, MISSISSIPPI

<u>SECOND</u>    JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____    _____    Docket No. If Filed
                File Yr      Chronological No.        Clerk's Local ID    Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** _____ _____ ( _____ ) _____ _____
                    Last Name              First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** <u>State Farm Fire & Casualty Co.</u>
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ ( _____ ) _____ _____
                    Last Name              First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** <u>State Farm General Insurance Co.</u>
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) _____ _____
                    Last Name              First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** <u>any StateFarm Insurance Co. affiliate</u>
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u> COURT OF <u>HARRISON</u> COUNTY, MISSISSIPPI

<u>SECOND</u> JUDICIAL DISTRICT, CITY OF _____

Docket No._____-_____  _____     Docket No. If Filed
           File Yr      Chronological No.    Clerk's Local ID    Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual:** <u>Balius</u>  <u>Carol</u>  (_____)  _____  _____
           Last Name       First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
      Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** <u>5199</u> Bar # or Name: _____     *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____  _____  (_____)  _____  _____
           Last Name       First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
      Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____     *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____  _____  (_____)  _____  _____
           Last Name       First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
      Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____     *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

SECOND JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____

    File Yr    Chronological No.    Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page___ of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff # ___ :**

**Individual:** _____ _____ ( _____ ) ____ ____

    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____

    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # ___ :**

**Individual:** _____ _____ ( _____ ) ____ ____

    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____

    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # ___ :**

**Individual:** _____ _____ ( _____ ) ____ ____

    Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____

    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**GEORGE DALE**
Commissioner of Insurance
State Fire Marshal

**LEE HARRELL**
Deputy Commissioner of Insurance

**STATE OF MISSISSIPPI**
Mississippi Insurance Department

501 N. West Street
1001 Woolfolk Building (39201)
Post Office Box 79
Jackson, Mississippi 39205-0079
(601) 359-3569
http://www.doi.state.ms.us

**FILED**
MAY 0 7 2007
GAYLE PARKER
CIRCUIT CLERK
BY

May 3, 2007

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7006 0810 0003 6592 1332

State Farm Fire and Casualty Company
Attn:  William E. Penna
1080 River Oaks Drive
Flowood, MS 39232-7644

Re: Cause No.:  A2402-07-61
Craig and Carol Bolius versus State Farm Fire and Casualty Company, et al,
Circuit Court, Harrison County, Mississippi

Dear Sir/Madam:

Please find enclosed copy of summons, complaint, and accompanying pleadings,
if any, which were served on this office at 10:50 a.m. on May 3, 2007.

It is requested that immediately upon your receipt of this letter you shall
give written acknowledgment of your receipt of same to this office, which
shall be in addition to the U. S. Postal Return Receipt which was given at
time this article was delivered.

Respectfully,

GEORGE DALE
COMMISSIONER OF INSURANCE

BY  *Cookie Bell*

Cookie Bell
Administrative Assistant
and Legal Process Clerk

GD:cb
Enclosures
Pc:  Honorable Gayle Parker

MISSISSIPPI

**DEPARTMENT OF INSURANCE**

P.O. BOX 79

JACKSON, MISSISSIPPI 39205-0079

The Honorable Gayle Parker
Circuit Clerk
P.O. Box 998
Biloxi, MS 39533

UNITED STATES POSTAGE

$ 00.39°

02 1M
0004231338     MAY 03 2007
MAILED FROM ZIP CODE 39

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**CRAIG AND CAROL BALIUS**                                          **PLAINTIFFS**

**VERSUS**                                    CAUSE NO. A2402-07-61

**STATE FARM VP MANAGEMENT CORP.,**
**ET AL.**                                                          **DEFENDANTS**

### SUMMONS

TO:    **State Farm VP Management Corp.**
       **By service upon:**
       **Corporation Service Company**
       **506 S. President Street**
       **Jackson, MS 39201**

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to JAMES R. REEVES, JR., the attorney for the Plaintiff, whose address is Lumpkin & Reeves, PLLC, Post Office Drawer 1388, Biloxi, Miss., 39533. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 4th day of April, 2007.

                                        _Lisa Boudreaux DC_
                                        Gayle Parker, Circuit Clerk
                                        Harrison County Circuit Court
                                        Post Office Box 998
(SEAL)                                  Biloxi, MS 39533


_Mailed to atty for service_

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## SECOND JUDICIAL DISTRICT

**CRAIG AND CAROL BALIUS**                                   **PLAINTIFFS**

**VERSUS**                                          **CAUSE NO.** A2402-07-61

**STATE FARM VP MANAGEMENT CORP.,**
**ET AL.**                                                   **DEFENDANTS**

### SUMMONS

**TO:    State Farm General Insurance Co.**
**By service upon:**
**George Dale, Commissioner of Insurance**
**501 North West Street, 10th Floor, Suite 1001**
**Jackson, MS 39201**

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the
Complaint to JAMES R. REEVES, JR., the attorney for the Plaintiff, whose address is
Lumpkin & Reeves, PLLC, Post Office Drawer 1388, Biloxi, Miss., 39533.  Your response
must be mailed or delivered within (30) days from the date of delivery of this Summons and
Complaint or a judgment by default will be entered against you for the money or other
things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this the 4th day of April, 2007.

_Lisa Boudreaux_

Gayle Parker, Circuit Clerk
Harrison County Circuit Court
Post Office Box 998
Biloxi, MS 39533

(SEAL)

*mailed to atty for service*

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**CRAIG AND CAROL BALIUS**                                            **PLAINTIFFS**

**VERSUS**                                            CAUSE NO. A2402-07-61

**STATE FARM VP MANAGEMENT CORP.,
ET AL.**                                            **DEFENDANTS**

**SUMMONS**

TO:     **State Farm Fire & Casualty Co.
By service upon:
George Dale, Commissioner of Insurance
501 North West Street, 10th Floor, Suite 1001
Jackson, MS 39201**

**NOTICE TO DEFENDANT**

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to JAMES R. REEVES, JR., the attorney for the Plaintiff, whose address is Lumpkin & Reeves, PLLC, Post Office Drawer 1388, Biloxi, Miss., 39533. Your response must be mailed or delivered within (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 4th day of April, 2007.

Gayle Parker, Circuit Clerk
Harrison County Circuit Court
Post Office Box 998
Biloxi, MS 39533

(SEAL)

mailed to atty for service